IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EILEEN SABEL,<br><br>    Plaintiff,<br><br>v.<br><br>SAINT LAZARUS BAR, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 17-2781 |

## **ORDER**

**AND NOW**, this 1st day of July 2019, in accordance with the Opinion of the Court issued this day and following the bench trial held before this Court on January 30, 2019, it is **ORDERED** as follows:

1. Judgment is entered in favor of Defendants Saint Lazarus Bar, JJG Enterprises Incorporated, Janay M. Green, and Brendan Olkus and against Plaintiff Eileen Sabel on Plaintiff's Complaint for disability discrimination (Doc. No. 3).

2. Judgment is entered in favor of Plaintiff Eileen Sabel and against Defendants Saint Lazarus Bar, JJG Enterprises Incorporated, Janay M. Green, and Brendan Olkus on Defendants' Counterclaim for violation of Federal Rule of Civil Procedure 11 (Doc. No. 8).

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.